A.C. Med., P.C. v Ameriprise Ins. Co. (2020 NY Slip Op 51376(U))

[*1]

A.C. Med., P.C. v Ameriprise Ins. Co.

2020 NY Slip Op 51376(U) [69 Misc 3d 144(A)]

Decided on November 13, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 13, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2018-2565 K C

A.C. Medical, P.C., as Assignee of Jorge
Palacios, Respondent, 
against
Ameriprise Insurance Company, Appellant.

Bruno, Gerbino. Soriano & Aitken, LLP (Nathan M. Shapiro of counsel), for appellant.
Law Office of Melissa Betancourt, P.C. (Melissa Betancourt of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Sharon
Bourne-Clarke, J.), entered November 8, 2018. The order denied defendant's motion for
summary judgment.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from an order of the Civil Court denying defendant's motion which had sought summary
judgment dismissing the complaint on the ground that plaintiff had failed to appear for duly
scheduled examinations under oath (EUOs).
Defendant contends that its initial EUO scheduling letter tolled defendant's time to pay or
deny all of the claims at issue (see 11 NYCRR 65-3.5 [b]; ARCO Med. NY, P.C. v Lancer Ins.
Co., 34 Misc 3d 134[A], 2011 NY Slip Op 52382[U] [App Term, 2d Dept, 2d, 11th
& 13th Jud Dists 2011]), that the toll was maintained by timely follow-up scheduling letters
(see 11 NYCRR 65-3-6 [b) and that defendant had timely denied plaintiff's claims (see St. Vincent's Hosp. of Richmond v
Government Empls. Ins. Co., 50 AD3d 1123 [2008]). Upon a review of the record, we
find that defendant's motion failed to establish, as a matter of law, that defendant had timely
denied plaintiff's claims after plaintiff had failed to appear at both an initial and a follow-up
EUO.
Accordingly, the order is affirmed.
ALIOTTA, P.J., ELLIOT and SIEGAL, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 13, 2020